THE SECURITY BUILDING AND LOAN ASSOCIATION, Appellant, *v.* FRED G. CAREY et al., Defendants, and CITY OF OSWEGO, Respondent.

Submitted June 12, 1941; decided July 29, 1941.

*John L. Mournighan* for appellant.

*Harry C. Mizen* and *James H. Horan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.